FILED ___ ___ LODGED
___ RECEIVED ___ COPY

OCT 2 4 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

**REDACTED FOR PUBLIC DISCLOSURE**

| | |
|---|---|
| United States of America, | |
| Plaintiff, | NO.  CR-17-01414-PHX-DJH (JZB) |
| v. | **INDICTMENT** |
| Juan Ramon Penuelas, | VIO:  8 U.S.C. § 1326(a) and (b)(1) |
| Defendant. | (Reentry of Removed Alien) |
| | Count 1 |

THE GRAND JURY CHARGES:

On or about September 4, 2017, at or near Phoenix, in the District of Arizona, JUAN RAMON PENUELAS, an alien, was found in the United States of America after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about November 17, 2013, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission.

In violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

A TRUE BILL

/S/
_____
FOREPERSON OF THE GRAND JURY
Date:  October 24, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/S/
_____
KATHY J. LEMKE
Assistant U.S. Attorney